**Electronically Filed
Supreme Court
SCWC-12-0000746
07-JAN-2014
08:23 AM**

SCWC-12-0000746

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

STEVEN TUIAANA, Petitioner/Defendant-Appellant,

and

SHAYNA M. CABANLET-CUIZON and YOLANDA U. OLSEN, Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000746; CR. NO. 11-1-1625)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama and McKenna, JJ.,
Circuit Judge Alm, in place of Acoba, J., recused, and
Circuit Judge Ayabe, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Steven Tuiaana's
Application for Writ of Certiorari, filed on November 26, 2013,
is hereby rejected.

DATED: Honolulu, Hawai'i, January 7, 2014.

Randall K. Hironaka
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Steven S. Alm

/s/ Bert I. Ayabe

